**Luke S. Rankin**
District No. 14
*Laurens* County
Post Office Box 1786
Laurens, SC 29360

**Committees:**
Agriculture, Natural Resources
and Environmental Affairs
Rules

1105 Pendleton Street
420-A Blatt Building
Columbia, SC 29201

Tel. (803) 212-6713

LukeSRankin@schouse.gov



## House of Representatives

### State of South Carolina

September 30, 2025

Dear Dr. Gustafson and Members of the Board,

We, the undersigned members of the Laurens County Legislative Delegation, write to express our unequivocal condemnation of the comments made by Dr. Emily Taylor in response to the recent assassination of Charlie Kirk. Her statements—publicly disseminated and widely regarded as reprehensible—have caused significant outrage not only within our local communities but across the State of South Carolina.

It is deeply troubling that Presbyterian College, an institution with a long-standing reputation for academic excellence and moral leadership, has failed to take decisive and appropriate disciplinary action in this matter. The lack of meaningful accountability reflects poorly on the College's values and its commitment to fostering a respectful and ethical learning environment.

As elected representatives of Laurens County, which Presbyterian College proudly calls home, we have a vested interest in the integrity and public trust of this institution. It is in that spirit that we formally insist that the college take immediate action to correct the situation. Any failure to act accordingly will compel us to pursue all available legislative remedies, including—but not limited to—a reassessment of Presbyterian College's eligibility for state-administered financial support, including the South Carolina Tuition Grant Program.

To be clear, no private institution is *entitled* to receive public funding. The allocation of state dollars—particularly through programs such as the SC Tuition Grant Program—falls squarely within the purview of the General Assembly. Accordingly, if Presbyterian College does not take decisive action, we intend to introduce the following proviso for inclusion in the Fiscal Year 2026–27 state budget:

*For Fiscal Year 2026–27, funds appropriated to the Higher Education Tuition Grants Commission for the purpose of providing Tuition Grants shall not be transferred or otherwise distributed to Presbyterian College.*

This is not a position we take lightly. However, the gravity of this situation demands a clear and resolute response. We urge you to carefully consider the consequences of inaction—for the College, its students, and its long-standing relationship with this state.

We request a formal response to this letter no later than October 7, 2025, outlining the actions the College intends to take.

Sincerely,

**Rep. Luke Rankin**

**Rep. Mark Willis**

**Rep. John McCravy**

**Rep. Craig Gagnon**

## EXHIBIT A